UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERWIN GOLDSON,

                              Plaintiff,

            -against-                                    23cv9889 (LTS)

CITY OF NEW YORK; JOHN DOE #1;                          CIVIL JUDGMENT
JOHN DOE #2; JOHN DOE # 3,

                              Defendants.

        For the reasons stated in the April 29, 2024, order, this action is dismissed.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    July 2, 2024
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                               Chief United States District Judge